UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


BRANDON COURTNEY RILEY,

     Plaintiff,

v.                                    CASE NO. 8:18-cv-1212-T-23SPF

HSBC BANK PLC, et al.,

     Defendants.

_____/


## ORDER

A July 30, 2018 order (Doc. 13) denies Brandon Riley's motion for leave to

proceed *in forma pauperis* and dismisses Riley's complaint for failure to state a claim.

On August 24, 2018, Riley amended the complaint (Doc. 15) and renewed the

motion (Doc. 16) for leave to proceed *in forma pauperis*. A September 7, 2018 report

(Doc. 17) recommends denying the renewed motion to proceed *in forma pauperis* and

recommends dismissing the amended complaint. More than seventeen days has

passed,[*] and Riley maintains silence in response to Magistrate Judge Flynn's well-

reasoned report. The report and recommendation (Doc. 17) is **ADOPTED** and the

_____

[*] A party served by mail with a report and recommendation has three additional days to
object. *See* Rule 6(d), Federal Rules of Civil Procedure.

amended complaint (Doc. 15) is **DISMISSED WITHOUT PREJUDICE**.  The clerk is directed to terminate any pending motion and to close the case.

ORDERED in Tampa, Florida, on _____, 2018.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE